UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-23203-JLK/REID

JOSE LUIS MORALES,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the August 5, 2021 Report and Recommendation ("R&R") (DE 13) of Magistrate Judge Lisette M. Reid. Movant's objections were due by August 19, 2021; none were filed.

The R&R recommends denying Movant's Motion to Vacate (DE 1) pursuant to 28 U.S.C. § 2255 on the merits reasoning that Movant's claim has not established deficiency or prejudice arising under *Strickland*. *See Strickland v. Washington*, 466 U.S. 668 (1984); R&R at 16–24.

Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 13)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Motion to Vacate **(DE 1)** is hereby **DENIED**;

3. No certificate of appealability shall issue; and

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 26th day of August, 2021.

_____
**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF FLORIDA**

cc:     Magistrate Judge Lisette M. Reid
        All counsel of record
        Clerk of Court

        Jose Luis Morales, *Pro Se*
        Reg. No. 06022-104
        F.C.I. - Coleman Low
        Inmate Mail/Parcels
        Post Office Box 1031
        Coleman, FL 33521